AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Massachusetts_____

Parrot Digigraphics Ltd.

V.

Tara Materials Inc. and
Royal & Sunalliance Services, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04  10523  NG

TO: (Name and address of Defendant)

Tara Materials Inc.
111 Fredrix Alley
Lawrenceville, Georgia

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: MAR 16 2004

SERVE: TARA MATERIALS, INC
111 FREDRIX ALLEY
LAWRENCEVILLE, GA. 30045

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 3-31-04 |
| NAME OF SERVER *(PRINT)* CPL A. MATHIAS | TITLE DEPUTY SHERIFF |

Check one box below to indicate appropriate method of service

☑ Served ~~personally~~ CORPORATION upon the defendant. Place where served:
   TARA MATERIALS INC   MICHAEL BENATON (PRES.)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  31-MAR 2004     Cpl A. Mathias 5056
             Date             Signature of Server

             Address of Server

R. L. "BUTCH" CONWAY SHERIFF
OF GWINNETT COUNTY
75 LANGLEY DRIVE
LAWRENCEVILLE GA 30245

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.