UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARROT DIGIGRAPHIC LTD., <br> Plaintiff, <br><br> v. <br><br> TARA MATERIALS INC. and <br> ROYAL & SUNALLIANCE SERVICES, INC., <br> Defendants. | Civil Action No. 04-10523-NG |

### NOTICE OF DISMISSAL OF CLAIMS AGAINST ROYAL & SUNALLIANCE SERVICES, INC. WITHOUT PREJUDICE

NOW COMES the plaintiff Parrot Digigraphic Ltd. in the above-captioned action and, pursuant to Fed.R.Civ.P. 41(a)(1)(i), notices the dismissal of any and all claims against defendant Royal & SunAlliance Services, Inc. in above-captioned matter be dismissed without prejudice and without costs where defendant Royal & SunAlliance Services, Inc. has not filed any responsive pleadings to the Complaint filed in the above-captioned matter.

Respectfully submitted,
PARROT DIGIGRAPHIC LTD.
By its attorneys,

_____
Harold Jacobi, III (BBO # 248980)
Nancy Sue Keller (BBO # 644515)
JACOBI & ASSOCIATES
Four Militia Drive, Suite 14
Lexington, Massachusetts 02421
Tel: 781.274.0405

Dated: May 14, 2004