UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUL -6  P 4: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PARROT DIGIGRAPHIC LTD., <br>     Plaintiff, <br><br> v. <br><br> TARA MATERIALS INC., <br>     Defendant. | Civil Action No. 04-10523-NG |

## JULY 7, 2004 SCHEDULING CONFERENCE
## AGENDA

1. Scheduling of discovery and various Court deadlines such as motions for summary judgment.

Respectfully submitted,

| Plaintiff PARROT DIGIGRAPHIC LTD. <br> By its attorneys, | Defendant TARA MATERIALS INC., <br> By its attorneys, |
|---|---|
| /s/ Harold Jacobi <br> Harold Jacobi, III (BBO #248980) <br> Nancy Sue Keller (BBO #644515) <br> JACOBI & ASSOCIATES, P.A. <br> Four Militia Drive, Suite 14 <br> Lexington, Massachusetts 02421 <br> Tel: 781.274.0405 | /s/ Michael P. Guagenty <br> Lawrence J. Kenney (BBO #268620) <br> Michael P. Guagenty (BBO #567176) <br> SLOANE AND WALSH, LLP <br> Three Center Plaza <br> Boston, MA 02108 <br> Tel: 617.523.6010 |

Dated: July 2, 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARROT DIGIGRAPHIC LTD.,<br>Plaintiff,<br><br>v.<br><br>TARA MATERIALS INC.,<br>Defendant. | Civil Action No. 04-10523-NG |

### PARTIES' PROPOSED PRETRIAL SCHEDULE

NOW COMES the parties in the above-captioned action, Parrot Digigraphic Ltd. and Tara Materials Inc., and hereby propose to this Honorable Court the following pretrial schedule for the above-captioned action:

| | |
|---|---|
| Amendment to Pleadings | August 7, 2004 |
| Service of Written Discovery Requests | September 7, 2004 |
| Service of Written Discovery Responses | November 7, 2004 |
| Completion of Non-Expert Depositions | May 31, 2005 |
| Completion of Expert Depositions | July 30, 2005 |
| Motion for Summary Judgment | August 30, 2005 |
| Settlement/Case Management Conference | October 1, 2005 |
| Final Pre-Trial Conference | November 1, 2005 |

Respectfully submitted,
Plaintiff PARROT DIGIGRAPHIC LTD.
By its attorneys,

_____
Harold Jacobi, III (BBO #248980)
Nancy Sue Keller (BBO #644515)
JACOBI & ASSOCIATES, P.A.
Four Militia Drive, Suite 14
Lexington, Massachusetts 02421
Tel: 781.274.0405

Dated: July 2, 2004

Defendant TARA MATERIALS INC.,
By its attorneys,

_____
Lawrence J. Kenney (BBO #268620)
Michael P. Guagenty (BBO #567176)
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA 02108
Tel: 617.523.6010

T-3216

| | |
|---|---|
| CaseNumber 04-10523-NG, MASSACHUSETTS District Court | STATE OF GEORGIA<br>GWINNETT COUNTY |

**ATTORNEY'S ADDRESS:**

JACOBI & ASSOCIATES, P.A.

FOUR MILITIA DR
SUITE FOURTEEN

LEXINGTON, MA., 2421

PARROT DIGIGRAPHICS LTD.

**Plaintiff**

**NAME AND ADDRESS OF PARTY TO BE SERVED:**

VS.

TARA MATERIALS, INC.
CORPORATION
~~11 FREDRIX ALLEY~~ 322 INDUSTRIAL PARK DR.

LAWRENCEVILLE, GA., 30045

TARA MATERIALS, INC., ET AL

**Defendant**

---

## SHERIFF'S ENTRY OF SERVICE

___CPL. A. MATHIAS.___, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made. The affiant received copy of Summons and Complaint and other (if so indicated): SUMMONS, CIVIL COVER SHEET, CATEGORY FILING FORM, COMPLAINT on the 13 day of April 2004 at 09:10 AM.

**personal [ ]**
I have this day served the defendant _____ personally with a copy of the within action and summoms. Described as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | WGT | HGT |
|---|---|---|---|---|---|
| MALE/FEMALE | | | | | |

**notorious [ ]**
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in the County. Delivered same into the hands of _____ described as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | WGT | HGT |
|---|---|---|---|---|---|
| MALE/FEMALE | | | | | |

domiciled at the residence of the defendant.

**corporation [X]**
Served the defendant __TARA MATERIALS INC__ a corporation by leaving a copy of the within action and summons with __MICHAEL BENATOR CPRES__ in charge of the office and place of doing business of said Corporation in this County.

Affiant states upon information and belief that said person is not in the Militaty Service of the United States as the term defined in either the State of Federal Statues.

**non est [ ]**
Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

TIME: 1100 am APR.
This 14 day of ~~Apr.~~ 20 04

_____
DEPUTY SHERIFF

Subscribed and sworn to before me this 14 day of April 2004

_Annie Merle Stephens_
NOTARY PUBLIC In and for said
County and State

GWINNETT COUNTY, GEORGIA

Annie Merle Stephens
Notary Public, Gwinnett Co., Ga.
My Commission Expires
October 8, 2006