UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL -7 P 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

PARROT DIGIGRAPHIC LTD.,
    Plaintiff,

v.

TARA MATERIALS INC.,
    Defendant.

Civil Action No. 04-10523-NG

**PARTIES' JOINT STATEMENT IN
ACCORDANCE WITH LOCAL RULE 16.1(D)**

In accordance with Local Rule 16.1(D) and this Court's Notice of Scheduling Conference dated June 22, 2004, the parties to the above-captioned action respectfully submit this Joint Statement.

**I.   CONCISE SUMMARY OF THE PARTIES' RESPECTIVE POSITIONS**

    **A.   Plaintiff's Position**

The plaintiff Parrot Digigraphic, Ltd., ("Parrot Digigraphic"), a digital imaging company, alleges that in 2002 and 2003, defendant Tara Materials ("Tara Materials") represented and warranted that ink jet printers could print better quality prints on Tara Materials 901 series canvases ("901 canvases") than other canvases. Relying on those representations, Parrot Digigraphic entered into a contract to purchase blank 901 canvases from Tara Materials for fine art printing. Parrot Digigraphic, in turn, sold the 901 canvases to its customers. Shortly thereafter, Parrot Digigraphic's customers complained that, while the initial quality of the prints on the 901 canvases was good, that within a few weeks the canvases would exhibit a strong magenta or yellow cast to them making the 901 canvases unusable. Parrot Digigraphic was forced to replace, at its

expense, the 901 canvases it had sold to its clients. Tara Materials continues to refuse to reimburse Parrot Digigraphics for its actual damages resulting from Tara Materials' failure to provide a product that conformed to Tara Materials' warranties and the purchase and sale contract.

### B.      Defendant Tara Materials Inc.'s Position

The defendant Tara Materials Inc. vehemently denies each and every allegation set forth by Parrot Digigraphic and states that its 901 Series Canvases conform to Tara Materials warranties and the use for which they were purchased under the purchase and sales contract.

### II.     PROPOSED DISCOVERY PLAN

The parties have agreed to a non-expert discovery deadline of May 31, 2005.

### III.    PROPOSED SCHEDULE FOR FILING OF MOTIONS

The parties have agreed to a deadline of August 30, 2005 for the filing of motions for summary judgment.

### IV.     TRIAL BY MAGISTRATE JUDGE

The parties do not consent to a trial before a Magistrate Judge.

## V. CERTIFICATIONS

Signed certifications in accordance with Local Rule 16.1(D)(3), submitted on behalf of all parties, will be filed at the July 7, 2004 Scheduling Conference in their original form.

Respectfully submitted,

| | |
|---|---|
| Plaintiff PARROT DIGIGRAPHIC LTD.<br>By its attorneys, | Defendant TARA MATERIALS INC.,<br>By its attorneys, |
| *[signature]*<br>Harold Jacobi, III (BBO #248980)<br>Nancy Sue Keller (BBO #644515)<br>JACOBI & ASSOCIATES, P.A.<br>Four Militia Drive, Suite 14<br>Lexington, Massachusetts 02421<br>Tel: 781.274.0405 | *[signature]*<br>Lawrence J. Kenney (BBO #268620)<br>Michael P. Guagenty (BBO #567176)<br>SLOANE AND WALSH, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>Tel: 617.523.6010 |

Dated: July 5, 2004