UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUL -7  P 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

PARROT DIGIGRAPHIC LTD.,
    Plaintiff,

v.

TARA MATERIALS INC. and
    Defendant.

Civil Action No. 04-10523-NG

### PLAINTIFF'S LOCAL RULE 26.1(B) SWORN STATEMENT

Pursuant to Local Rule 26.1(B)(1), I, John Lorusso, as president of the plaintiff Parrot Digigraphic Ltd. hereby depose and state to the best of my knowledge that:

a.    Parrot Digigraphic Ltd. states that, in addition to legal fees and expenses, to date it has suffered $620,711 in actual damages and its business reputation continues to suffer damages which is not calculable to a reasonably degree of certainty at this time.

b.    Parrot Digigraphic Ltd. knows of no persons who may have discoverable information about the claims or defenses in this action other than the persons named in the Plaintiff's Rule 26 Automatic Disclosure Statement which is served herewith.

c.    Parrot Digigraphic Ltd. does not have any statements from defendant Tara Materials regarding the subject matter of the claims or defenses in this action other than documents that were produced in its Automatic Disclosure Statement.

d.    Parrot Digigraphic Ltd. knows of no governmental agencies that have investigated the transaction or occurrence giving rise to the claims or defenses in this action.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2ND DAY OF JULY, 2004.

*[signature]*

John Lorusso, President
Parrot Digigraphic Ltd.