UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
'S OFFICE

2004 JUL 26 A 11: 41

DISTRICT COURT
DISTRICT OF MASS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PARROT DIGIGRAPHIC, LTD.,
    Plaintiff

v.

Civil Action No. 0410523 NG

TARA MATERIALS, INC. AND
ROYAL & SUNALLIANCE SERVICES, INC.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

This will certify that counsel for Defendant, Tara Materials, Inc. and its authorized representative hereby certify that we have conferred, (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider and discuss the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Defendant,
Tara Materials, Inc.

_____
Mr. Michael Benator
Tara Materials, Inc.
111 Fredrix Alley
P.O. Box 646
Lawrenceville, GA 30046-0646

Counsel for Defendant
Tara Materials Inc.

_____
Michael P. Guagenty, Esq. BBO# 567176
Sloane And Walsh, LLP
Three Center Plaza
Boston, MA 02108
617-523-6010

Dated: