UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-10523 NG

PARROT DIGIGRAPHIC, LTD.,
Plaintiff

V.

TARA MATERIALS, INC.
ROYAL & SUNALLIANCE SERVICES, INC.
Defendants

**ORDER ON RECUSAL**

July 7, 2004

ALEXANDER, M.J.

This Court hereby recuses itself from consideration of the above-entitled action pursuant

to 28 U.S.C.A. § 455(a). Accordingly, the case file is returned to the District Court (Gertner, J.).

SO ORDERED.

Joyce London Alexander
United States Magistrate Judge