UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PARROT DIGIGRAPHIC LTD., )
      Plaintiff, )
)
)   Civil Action No. 04-10523-NG
v. )
)
TARA MATERIALS INC., )
      Defendant. )
)

## PARTIES' PROPOSED PRETRIAL SCHEDULE

NOW COMES the parties in the above-captioned action, Parrot Digigraphic Ltd. and Tara Materials Inc., and hereby propose to this Honorable Court the following pretrial schedule for the above-captioned action:

| | |
|---|---|
| Amendment to Pleadings | February 15, 2005 |
| Service of Written Discovery Requests | April 1, 2005 |
| Responses to Written Discovery Requests | June 1, 2005 |
| Completion of Non-Expert Depositions | September 30, 2005 |
| Disclosure of Experts Reports for Plaintiff | October 31, 2005 |
| Disclosure of Experts Reports for Defendant | November 30, 2005 |
| Completion of Expert Depositions | January 31, 2006 |
| Motion for Summary Judgment | March 15, 2006 |
| Settlement/Case Management Conference | April 1, 2006 |
| Final Pre-Trial Conference | May 1, 2006 |

Respectfully submitted,
Plaintiff PARROT DIGIGRAPHIC LTD.
By its attorneys,

_____
Harold Jacobi, III (BBO #248980)
Nancy Sue Keller (BBO #644515)
JACOBI & ASSOCIATES, P.A.
Four Militia Drive, Suite 14
Lexington, Massachusetts 02421

Defendant TARA MATERIALS INC.,
By its attorneys,

_____
Lawrence J. Kenney (BBO #268620)
Michael P. Guagenty (BBO #567176)
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA 02108
Tel: 617.523.6010