UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PARROT DIGIGRAPHIC LTD.
   Plaintiff

v.           Case Number: CV 04-10523-NG

TARA MATERIALS INC. ET AL
   Defendant

**ORDER OF INTERIM REFERRAL**
**January 27, 2005**

SWARTWOOD, CMJ

  The above captioned case, previously assigned to Magistrate Judge Lawrence P. Cohen, is referred to Magistrate Judge    Charles B. Swartwood III    solely for the purpose of handling any emergency matters that may arise between this date and the date of appointment of the Court's new Magistrate Judge.

  Should any emergency business arise, counsel are directed to contact the courtroom clerk for the interim Magistrate Judge.

              /s/ Charles B. Swartwood III
              Charles B. Swartwood III
              Chief Magistrate Judge