UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

 Parrot Digigraphic
                    Plaintiff

                    v.                    Case Number:      04-10523-NG

 Tara Materials
                    Defendant

NOTICE
April 11, 2005

SWARTWOOD, CMJ

The above captioned case, previously referred to Magistrate Judge
Lawrence P. Cohen is now referred to Magistrate Judge Leo T. Sorokin upon his
appointment to the bench of this Court.

All inquiries regarding matters before Magistrate Judge Sorokin should
be directed to Maria Simeone at 617-748-4231.

/s/ Charles B. Swartwood III
Chief Magistrate Judge