UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PARROT DIGIGRAPHIC LTD., )<br>　　　　Plaintiff, )<br>　 )<br>v. )<br>　 )<br>TARA MATERIALS INC., )<br>　　　　Defendant. )<br>　 ) | Civil Action No. 04-10523-NG |

## JOINT MOTION TO REVISE THE SCHEDULING ORDER

Now come the parties and jointly request this Honorable Court revise the scheduling order to extend the Scheduling Order as follows:

Completion of Non-Expert Depositions through December 31, 2005;
Completion of Expert Depositions through December 31, 2005;
Motion for Summary Judgment through April 31, 2006;
Settlement/Case Management Conference through August 1, 2006; and
Final Pre-Trial Conference through September 1, 2006.

As grounds therefore, the key witnesses in this case are scattered throughout the country including some here in Massachusetts, in Lawrenceville, Georgia and in Torrance, California. The parties have not been able to coordinate mutually agreeable dates over the summer months that have just passed given the schedules of all of the attorneys and witnesses involved.

Plaintiff's counsel is scheduled to be on trial on September 13, 2005 and September 14, 2005 in two related cases in Essex County Probate and Family Court - Fresia Hermosilla v. Gustavo Hermosilla, Docket No. 02D 2027-DV1, Fresia Hermosilla v. Gustavo Hermosilla and Alex Hermosilla, Docket No. 02E 0100-GC1, Alex Hermosilla v. Fresia Hermosilla and Gustavo Hermosilla, Docket No. 2005-13-SU-000126.

In addition, Plaintiff's counsel is scheduled to be on trial the week of September 19, 2005 in Middlesex Superior Court on Estate of Mary R. Tanzi, et als. v. The Point Group d/b/a Eastpoint Nursing Care Center, et als., C.A. No. 03-02334 and the week of September 26, 2005 in Norfolk Superior Court on Simonds v. Bridgewater Savings Bank, et als Docket No. NOCV2003-01410.

Finally, Plaintiff's counsel is being held over for trial on September 12, 2005 in front of Judge William G. Young in a civil rights case entitled Bogan v. City of Boston, docketed at no. 02-10522-WGY.

Therefore, based on the above, the month of September is exhausted as well.

Wherefore, the parties respectfully request this Honorable Court grant this Joint Motion for more time to take fact witness depositions.

| | |
|---|---|
| Respectfully Submitted, | Respectfully submitted, |
| Plaintiff, Parrot Digigraphic, Ltd. | Defendant, Tara Materials, Inc. |
| By their attorney, | By its attorney, |

/s/ Nancy SueKeller_____   /s/ Michael P. Guagenty_____
Harold Jacobi, III, Esq., BBO #248980     Lawrence J. Kenney, Esq. BBO# 268620
Nancy Sue Keller, Esq., BBO #644515     Michael P. Guagenty, Esq. BBO# 567176
Jacobi & Associates                                      Sloane And Walsh, LLP
Four Militia Drive, Suite 14                         Three Center Plaza
Lexington, MA 02421                                  Boston, MA  02108
781-274-0405                                              617-523-6010

Dated:   September 20, 2005