### SLOANE AND WALSH

A PROFESSIONAL LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW

THREE CENTER PLAZA

BOSTON, MASSACHUSETTS 02108

---

Telephone: (617) 523-6010
Fax: (617) 227-0927
Fax: (617) 523-2181
Writer's Direct E-Mail Address: mguagenty@sloanewalsh.com

WILLIAM J. DAILEY, JR.
JOHN P. RYAN
ROBERT H. GAYNOR
EDWARD T. HINCHEY
LAWRENCE J. KENNEY, JR.
ANTHONY J. ANTONELLIS
WILLIAM J. DAILEY III
CURTIS R. DIEDRICH
MARCIA K. DIVOLL
JAMES P. DONOHUE, JR.
ROSS A. KIMBALL
MYLES W. MCDONOUGH

TIERNEY M. CHADWICK
JOHN A. DONOVAN III
JOHN P. FAGGIANO
LAURA MEYER GREGORY
MICHAEL P. GUAGENTY
DAVID M. HARTIGAN
MICHAEL J. KERRIGAN
JOHN MCCORMACK
STACEY E. MORRIS
ROBERT T. NORTON
TANYA K. OLDENHOFF
HARRY A. PIERCE
BRIDGET F. SCHLEY
BRIAN H. SULLIVAN
NICOLE J. TODESCO

June 19, 2006

Ms. Maria Simeone
Clerk to the Honorable Leo J. Sorokin
United States District Court
One Courthouse Way
Boston, MA 02210

Re:   Parrot Digigraphic, Ltd. v. Tara Materials, Inc., et al.
      Civil Action No. 04-10523 NG
      Our File No.: RG 077 7804

Dear Ms. Simeone:

### **STATUS REPORT**

This will follow receipt by my office a request for written status report to be filed with you by today. The receipt was received via email last Monday, June 12, 2006.

I have attached a copy of a motion that the parties intend to jointly file in which we are going to ask for an additional sixty (60) days to complete discovery. The reason for this is within the motion itself. Unfortunately, there are some loose ends that I have been unable to tie up following last Monday's request for status report, because of the fact that my client's principal was out on vacation the entire week and is until tomorrow, June 20, 2006. I would expect to be able to shore up the necessary missing dates on my end by the end of this week, again, following return of my client's principal from vacation.

Very truly yours,

/s/Michael P. Guagenty

MPG/kah
Enclosure

S:\PARROT DIGIAGRAPHIC LTD. V. TARA MATERIALS, ET AL, RG 077-7804  ,\LETTERS\COURT\06.19.06 status.doc

cc:   Nancy Sue Keller, Esq.