UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PARROT DIGIGRAPHIC LTD.,<br>　　　　Plaintiff,<br><br>v.<br><br>TARA MATERIALS INC.,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-10523-NG |

### JOINT MOTION TO EXTEND DISCOVERY DEADLINE

　　Now come the parties and jointly request this Honorable Court extend the Discovery Deadline from June 30, 2006 through August 30, 2006.

　　As grounds therefore, the parties state as follows:

1.　　Since the last Status Conference at the end of February, the parties were unable to coordinate taking the out of state depositions which require trips to Georgia and California in this case.

2.　　Due to the parties' inabilities to perform as indicated number one above, there has now been an agreement to share the cost to fly out of state witnesses into Massachusetts in order to take their depositions.

3.　　The parties have tentatively agreed to dates for the depositions to take place.  Mr. Wayne Headrick is going to fly from California to Massachusetts to be deposed on _____.  Mr. Scott Galanti is going to fly from Lawrenceville, Georgia to Massachusetts to be deposed on _____.

　　The defendant has also provided plaintiff counsel with the last known address for Mr. Mort Grosswold who the plaintiff wishes to depose though over which the defendant has no control.  Accordingly, the parties are, at this time trying to coordinate that deposition in Georgia as well.

4.　　Neither party will be prejudiced by the allowance of this Motion.

Wherefore, the parties respectfully request this Honorable Court grant the above requested relief or other relief as it deems appropriate.

| | |
|---|---|
| Respectfully Submitted, | Respectfully submitted, |
| Plaintiff, Parrot Digigraphic, Ltd. | Defendant, Tara Materials, Inc. |
| By their attorney, | By its attorney, |

/s/Nancy Sue Keller                              /s/Michael P. Guagenty
Harold Jacobi, III, Esq., BBO #248980            Lawrence J. Kenney, Esq. BBO# 268620
Nancy Sue Keller, Esq., BBO #644515              Michael P. Guagenty, Esq. BBO# 567176
Jacobi & Associates                              Sloane And Walsh, LLP
Four Militia Drive, Suite 14                     Three Center Plaza
Lexington, MA 02421                              Boston, MA  02108
781-274-0405                                     617-523-6010

Dated:   June 19, 2006