UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARROT DIGIGRAPHIC LTD., )<br>    Plaintiff, )<br>) <br>v. )<br>)<br>TARA MATERIALS INC., )<br>    Defendant. )<br>) | Civil Action No. 04-10523-NG |

## PLAINTIFF'S MOTION TO CONTINUE
## STATUS CONFERENCE (ASSENTED TO)

Now comes the plaintiff and respectfully requests this Honorable Court continue the Status Conference in this matter currently scheduled for Tuesday, September 12, 2006.

As grounds therefore, plaintiff's counsel has been suffering for over one month from gallbladder disease. On August 31, 2006 plaintiff's counsel had to undergo emergency gallbladder surgery which required a hospital stay and most recently has been placed on bed rest by her physician. Plaintiff's counsel is therefore unable to attend the Status Conference.

Counsel for Defendant Tara Materials, Inc. has assented to this Motion.

Wherefore, the plaintiff respectfully requests this Honorable Court continue the Status Conference scheduled for Tuesday, September 12, 2006.

| | |
|---|---|
| Respectfully Submitted,<br>Plaintiff, Parrot Digigraphic, Ltd.<br>By their attorney, | Assented to,<br>Defendant, Tara Materials, Inc.<br>By its attorney, |
| /s/ Nancy SueKeller<br>Harold Jacobi, III, Esq., BBO #248980<br>Nancy Sue Keller, Esq., BBO #644515<br>Jacobi & Associates<br>Four Militia Drive, Suite 14<br>Lexington, MA 02421<br>781-274-0405 | /s/ Michael P. Guagenty<br>Lawrence J. Kenney, Esq. BBO# 268620<br>Michael P. Guagenty, Esq. BBO# 567176<br>Sloane And Walsh, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>617-523-6010 |

Dated:   September 8, 2006

S:\PARROT DIGIAGRAPHIC LTD. V. TARA MATERIALS, ET AL, RG 077-7804  .\PLEADINGS\MOTION TO CONTINUE STATUS CONFERENCE (ASSENTED TO).doc

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 8, 2006.

/s/ Michael P. Guagenty_____