# SLOANE AND WALSH

A PROFESSIONAL LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW

| | | |
|---|---|---|
| WILLIAM J. DAILEY, JR. | | TIERNEY M. CHADWICK |
| JOHN P. RYAN | THREE CENTER PLAZA | JOHN A. DONOVAN III |
| ROBERT H. GAYNOR | | JOHN P. FAGGIANO |
| EDWARD T. HINCHEY | BOSTON, MASSACHUSETTS 02108 | LAURA MEYER GREGORY |
| LAWRENCE J. KENNEY, JR. | ------------------------- | MICHAEL P. GUAGENTY |
| ANTHONY J. ANTONELLIS | | DAVID M. HARTIGAN |
| WILLIAM J. DAILEY III | Telephone: (617) 523-6010 | MICHAEL J. KERRIGAN |
| CURTIS R. DIEDRICH | Fax: (617) 227-0927 | JOHN MCCORMACK |
| MARCIA K. DIVOLL | Fax: (617) 523-2181 | STACEY E. MORRIS |
| JAMES P. DONOHUE, JR. | WRITER'S DIRECT E-MAIL ADDRESS: mguagenty@sloanewalsh.com | ROBERT T. NORTON |
| ROSS A. KIMBALL | | TANYA K. OLDENHOFF |
| MYLES W. MCDONOUGH | | HARRY A. PIERCE |
| ------------- | | BRIDGET F. SCHLEY |
| | | BRIAN H. SULLIVAN |
| | | NICOLE J. TODESCO |
| | | ------------- |

September 8, 2006

Ms. Maria Simeone
Clerk to the Honorable Leo J. Sorokin
United States District Court
One Courthouse Way
Boston, MA 02210

Re:   <u>Parrot Digigraphic, Ltd. v. Tara Materials, Inc., et al.</u>
      Civil Action No. 04-10523 NG
      Our File No.: RG 077 7804

Dear Ms. Simeone:

    I have attached a motion that the plaintiff intends to file with our assent in which we are going to ask for the Court to continue the Status Conference currently scheduled for **Tuesday, September 12, 2006**.  The reason for this is within the motion itself.

    Please contact my office at your earliest opportunity and advise if the Motion has been allowed or if someone will need to appear in the Court on Tuesday.

    Thank you for your assistance in this matter.

Very truly yours,


/s/Michael P. Guagenty

MPG/kah
Enclosure

<sub>S:\PARROT DIGIAGRAPHIC LTD. V. TARA MATERIALS, ET AL, RG 077-7804   ,\LETTERS\COURT\09.08.06 encl. Motion to Continue Status (Assented To).doc</sub>

cc:   Nancy Sue Keller, Esq.