UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PARROT DIGIGRAPHIC, LTD.,
    Plaintiff

v.                                                          Civil Action No. 0410523 NG

TARA MATERIALS, INC. AND
ROYAL & SUNALLIANCE SERVICES, INC.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT TARA MATERIALS' SUPPLEMENTAL AUTOMATIC DISCLOSURE PURSUANT TO FED. R. CIV. P. 26A AND LOCAL RULE 26.2(A)

A.    <u>Additional Individuals Likely To Have Discoverable Information</u>

    1.    Mark Rowland, Armage Fine Art, Inc., 5140 Rogers, Las Vegas, NV 89118

    2.    J. Shah, Canvas Arts, 77-734 Country Club Drive, Suite F, Palm Desert, CA 92211

The defendant reserves the right to further supplement this list.

    Respectfully submitted,
    Defendant, Tara Materials, Inc.
    By its attorney,


    /s/ Michael P. Guagenty
    Lawrence J. Kenney, Esq. BBO# 268620
    Michael P. Guagenty, Esq. BBO# 567176
    Sloane And Walsh, LLP
    Three Center Plaza
    Boston, MA  02108
    617-523-6010

Dated:  November 7, 2006