## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PARROT DIGIGRAPHIC LTD.
                              Plaintiff(s)

                                                    CIVIL ACTION

V.
                                                    NO. 1:04-10523LTS

TARA MATERIALS
                              Defendant(s)

### ORDER OF REFERENCE
### FOR
### ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to   MJ HILLMAN REQUESTED BY COUNSEL     for the following ADR program:

_____ SCREENING CONFERENCE          _____ EARLY NEUTRAL EVALUATION

___X____ MEDIATION                     _____ MINI-TRIAL

_____ SUMMARY JURY TRIAL            _____ SETTLEMENT CONFERENCE

_____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

 November 16, 2006                          /s/ LEO T. SOROKIN
        DATE                       UNITED STATES MAGISTRATE JUDGE

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____Labor |
| Relations | _____ | Medical Malpractice | |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | | |

(Order of Referral to ADR.wpd - 4/12/2000)                              [orefadr.]