UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PARROT DIGIGRAPHIC LTD.,

       Plaintiff,                               CIVIL ACTION
v.                                              NO.   04-10523-LTS

TARA MATERIALS INC., et. al.,

       Defendant,

## NOTICE OF AND ORDER REGARDING MEDIATION

The parties are hereby notified that the court has scheduled a mediation conference for **Thursday, May 17, 2007  @ 10:00 A.M.** in The United States District Court in **BOSTON**, Courtroom #16 on the 5th Floor.  Counsel are directed to be present with their respective clients.

In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement.  This should be filed with my Clerk by e-mail  at lisa_roland@mad.uscourts.gov  **no later than two (2) days before the conference.**  The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**

                                                            / s /Timothy S. Hillman
                                                            Timothy S. Hillman
DATED: March 27, 2007                         United States Magistrate Judge