## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PARROT DIGIGRAPHIC LTD.,

      Plaintiff,                                   CIVIL ACTION

v.                                                 NO.  04-10523-LTS

TARA MATERIALS INC., et. al.,

      Defendant,

### AMENDED REPORT RE: REFERENCE FOR
### ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SOROKIN

HILLMAN, M.J.

On __May 17, 2007__ I held the following ADR proceeding:

____   EARLY NEUTRAL EVALUATION     _X_   MEDIATION
____   MINI-TRIAL                                 ____   SUMMARY JURY TRIAL
____   SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer.

The case was:

(X)    Settled. Your clerk should enter a __60__ day order of dismissal.
( )     There was progress. A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
( )     Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive. This case should be restored to your trial list.


May 31, 2007                                               /s/ Timothy S. Hillman
Date                                                    TIMOTHY S. HILLMAN, M.J.